UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-62345-CIV-SINGHAL

HAMILTON ARAGAO MONTEIRO,

Plaintiff,

v.

MARKWAYNE MULLIN, Secretary,
United States Department of Homeland
Security, *et al.*,

Defendants.
________________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (the "Notice") (DE [10]). The Court having reviewed the Notice and the docket, it is hereby

**ORDERED AND ADJUDGED** that this matter is **DISMISSED WITHOUT PREJUDICE,** with each side to bear its own costs and fees. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 11th day of September 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF